

**Driving progress through partnership**

**Casey D. Laffey**
Direct Phone: +1 212-549-0389
Email: claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
+1 212-521-5400
reedsmith.com

March 20, 2025

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10077

Re:   <u>Titan Capital ID, LLC v. Axos Bank, et al.</u>, No. 1:24-cv-07987

Dear Judge Ramos:

We represent defendant Federal Deposit Insurance Corporation as receiver for Signature Bridge Bank, N.A. ("FDIC-R") and write pursuant to the Court's Individual Practices Section 1(e) to respectfully request a three-day extension of the deadline by which FDIC-R must file its reply papers in further support of its pending motion to dismiss (ECF 33) from March 25, 2025 to March 28, 2025. FDIC-R seeks this extension due to client unavailability following a death in the family of the client representative overseeing this matter. Co-defendant Axos Bank joins in the request to extend the reply deadline for its own motion to dismiss (ECF 36) solely for purposes of keeping the briefing schedules aligned for both motions. Counsel for plaintiff Titan Capital ID, LLC ("Plaintiff") consents to the adjournment of these deadlines. This is FDIC-R's second request to adjourn its reply deadline. The Court previously granted the joint request on behalf of all parties to adjourn the original motion filing deadlines for these motions (ECF 20).

FDIC-R further respectfully requests permission to file a reply memorandum of law slightly in excess of the ten-page limit set forth in the Court's Individual Rule 2(B)(i). Specifically, FDIC-R requests authorization to file a memorandum of law of eleven (11) pages, constituting one (1) additional page above the Court's set limit. FDIC-R has sought consent from Plaintiff, and Plaintiff indicated that it takes no position on this request.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

/s/ Casey D. Laffey

> The requests are granted. The deadline for Defendants to file their replies is extended to March 28, 2025, and FDIC-R may file a memorandum of law of 11 pages.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: March 21, 2025
> New York, New York