UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Titan Capital ID, LLC,**

    Plaintiff,

— *against* —

**Axos Bank, and Federal Deposit Insurance Corporation, as receiver for Signature Bridge Bank, N.A.,**

    Defendants.

Case No. 1:24-cv-07987 (ER)

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Casey Olbrantz hereby withdraws as counsel for the Federal Deposit Insurance Corporation, as receiver for Signature Bridge Bank, N.A. ("FDIC-R") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Casey Laffey, Joseph Tuso, and Pamela Schoenberg of Reed Smith LLP will continue to represent the FDIC-R in this proceeding.

Respectfully Submitted:

Dated:  July 2, 2025
          New York, New York

**REED SMITH LLP**

_____
Casey J. Olbrantz
599 Lexington Avenue
New York, New York 10022
212-549-0460
colbrantz@reedsmith.com

SO ORDERED:

_____
Dated:  July 7, 2025
          New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Titan Capital ID, LLC,**<br><br>        Plaintiff,<br><br>    — *against* —<br><br>**Axos Bank, and Federal Deposit Insurance Corporation, as receiver for Signature Bridge Bank, N.A.,**<br><br>        Defendants. | Case No. 1:24-cv-07987 (ER) |

**Casey J. Olbrantz** declares the following under 28 U.S.C. § 1746:

**1.**    I am an attorney at Reed Smith LLP, counsel for the Federal Deposit Insurance Corporation, as receiver for Signature Bridge Bank, N.A. ("**FDIC-R**").

**2.**    I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for FDIC-R because I am leaving the employ of Reed Smith LLP.

**3.**    Casey Laffey, Joseph Tuso, and Pamela Schoenberg of Reed Smith LLP will continue to represent the FDIC-R in this proceeding.

**4.**    My withdrawal will not delay the matter or prejudice any party.

**5.**    I am not retaining a charging lien.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted:

Dated:  July 2, 2025
         New York, New York

**REED SMITH LLP**

*/s/ Casey J. Olbrantz*
Casey J. Olbrantz
599 Lexington Avenue
New York, New York 10022
212-549-0460
colbrantz@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on July 2, 2025 caused a true and correct copy of the foregoing to be served upon Lynne Baum, Counsel, FDIC, 3501 Fairfax Drive, D-7068, Arlington, VA 22226, by Federal Express for overnight delivery.

|  |  |
|---|---|
| Respectfully Submitted: | **REED SMITH LLP** |
| Dated: July 2, 2025<br>New York, New York | Casey J. Olbrantz<br>599 Lexington Avenue<br>New York, New York 10022<br>212-549-0460<br>colbrantz@reedsmith.com |