**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TITAN CAPITAL ID, LLC,

                   Plaintiff,

    -against-                                   24 **CIVIL** 7987 (ER)

                                                   **JUDGMENT**

AXOS BANK and FEDERAL DEPOSIT
INSURANCE CORPORATION as
receiver for SIGNATURE BRIDGE
BANK, N.A.,

                   Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, the FDIC's and Axos's respective motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       September 30, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                     **BY:**

                                                        **Deputy Clerk**